IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GILLETTE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 03-11514-PBS |
| ) | |
| ENERGIZER HOLDINGS, INC., ) | |
| SCHICK MANUFACTURING, INC., ) | |
| EVEREADY BATTERY COMPANY, ) | |
| INC., and ENERGIZER BATTERY, INC. ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Rules 41(a)(1)(ii) and 41(c) of the Federal Rules of Civil Procedure, the parties hereby stipulate, subject to approval of the Court, that this action, including all claims, counterclaims and defenses, is hereby dismissed with prejudice and without costs or attorneys' fees to any party.

BOS1567487.1

February 16, 2006                                         Respectfully submitted,

| The Gillette Company | Energizer Holdings, Inc., Schick Manufacturing, Inc., Eveready Battery Company, Inc., And Energizer Battery, Inc. |
|---|---|
| By its Attorneys, | By their Attorneys, |
| /s/ Michael Beck<br>Jen Charles Johnson (admitted pro hac vice)<br>John E. Nathan (admitted pro hac vice)<br>Michael Beck (admitted pro hac vice)<br>Chelley E. Talbert (admitted pro hac vice)<br>Larry A. Coury (admitted pro hac vice)<br>PAUL, WEISS, RIFKIND, WHARTON &<br>    GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY  10019<br>(212) 373-3000<br>William L. Patton (BBO #391640)<br>Jane E. Willis (BBO #568024)<br>Dalila Argaez Wendlandt (BBO #639280)<br>Levina Wong (BBO #654510)<br>ROPES & GRAY LLP<br>One International Place<br>Boston, MA  02110-2624<br>(617) 951-7000 | /s/ Maia H. Harris<br>Richard D. Rochford (BBO #423950)<br>Jason C. Kravitz (BBO #565904)<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, MA 02110<br>Telephone:  (617) 345-1000<br>Facsimile:  (617) 345-1300<br><br>Randall G. Litton (admitted pro hac vice)<br>Matthew J. Gipson (admitted pro hac vice)<br>PRICE, HENEVELD, COOPER, DEWITT &<br>    LITTON<br>695 Kenmoor SE<br>P.O. Box 2567<br>Grand Rapids, Michigan 49501-2567<br>Telephone:  (616) 949-9610<br>Facsimile:  (616) 957-8196 |

Having reviewed the above Stipulation, IT IS SO ORDERED.

DATED: _____                    _____
                                                                  Saris, J.
                                                                  United States District Judge